UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ASHLEY GARDNER,

    Plaintiff,

v.

TIMBER RIDGE WYOMING APTS, LLC,

    Defendant.
_____/

Case No. 1:23-cv-850

Hon. Hala Y. Jarbou

## ORDER

On September 18, 2023, Magistrate Judge Ray Kent issued a Report and Recommendation (R&R) recommending that the Complaint be dismissed for lack of subject matter jurisdiction and failure to state a claim against Defendant (ECF No. 6).  The R&R was duly served on the parties. No objections have been filed, and the deadline for doing so expired on or around September 1, 2023.  On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation.

Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 6) is **APPROVED** and **ADOPTED** as the opinion of the Court.

A judgment will issue in accordance with this order.

Dated: September 5, 2023

/s/Hala  Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE